## (April 19, 1939.)

In the Matter of JOSEPH P. WALSH, an Attorney, Respondent.— Motion granted. Petitioner will furnish respondent with a transcript of the record showing the statements made by respondent to questions asked him by Mr. Kennedy and appearing at pages 565 and 566. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

## (April 21, 1939.)

PAUL ASCENZO, YOLA ASCENZO, an Infant, etc., Respondents, v. VINCENT PANETTIERRI and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

GERTRUDE A. CALDWELL, Respondent, v. RICHARD T. CALDWELL, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

MORRIS FELLER, Respondent, v. JULIUS BRANDWEIN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

ROSE FIORE, as Limited Administratrix, etc., of LOUIS FIORE, Deceased, Appellant, v. THE CITY OF NEW YORK, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

570 KOSCIUSKO REALTY CORP., Plaintiff, v. KINGDALE ESTATES, INC., and Others, Defendants. BERNARD R. CAHN, Receiver, Appellant; KINGDALE ESTATES, INC., and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

GREENAWALT ENGINEERING CO., INC., Appellant, v. F. E. SCHUNDLER & CO., INC., Respondent. (Action No. 1.) F. E. SCHUNDLER & CO., INC., Respondent, v. JOHN E. GREENAWALT, Appellant. (Action No. 2.) — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and Extending of 43rd Avenue (Grout Avenue-Percy Street) from 57th (4th) Street to 63rd Street (Trimble-Greenpoint Avenue), etc., in the Borough of Queens, City of New York, etc. THE CITY OF NEW YORK, Appellant; HARBRO HOLDING COMPANY, INC., Respondent.— Motion for reargument denied, without costs. (Matter of Braico, 235 App. Div. 132; affd., 260 N. Y. 625.) Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.